■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
FRANK E. FINLAN, II, Appellant. [847 NYS2d 505]—Appeal from a
judgment of the Niagara County Court (Sara S. Sperazza, J.),
rendered November 7, 2005. The judgment convicted defendant,
upon his plea of guilty, of attempted course of sexual conduct
against a child in the first degree (two counts).

It is hereby ordered that the judgment so appealed from be
and the same hereby is unanimously affirmed (*see People v*

*Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Gorski, J.P., Martoche, Lunn, Fahey and Pine, JJ.